**Electronically Filed
Supreme Court
SCWC-19-0000420
02-JUN-2021
11:20 AM
Dkt. 3 ODAC**

SCWC-19-0000420

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

EON KYU JOO,
Petitioner/Defendant-Appellant

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000420; CASE NO. 1DTA-19-00125)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellant Eon Kyu Joo's Application for Writ of Certiorari filed on May 4, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 2, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

